## CENTRAL TRANSPORT, INC. *v.* EDWARD OCHMAN (10201)

DUPONT, C. J., DALY and FOTI, Js.

Argued March 23—decision released April 14, 1992

*Edward Ochman,* pro se, the appellant (defendant).

*Thomas L. Kanasky, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## ELIZABETH DECIANTIS *v.* JOHN DECIANTIS (10698)

DALY, LAVERY and HEIMAN, Js.

Argued March 27—decision released April 14, 1992

*John W. Roberts,* for the appellant (defendant).

*Raymond L. Baribeault, Jr.,* with whom, on the brief, was *Thomas A. Bishop,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.